[No. 57556-2-I.   Division One.   April 23, 2007.]

SHAWN D. GREENHALGH ET AL., *Appellants*, v. ELLIOTT BAY METAL FABRICATING, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-2-11631-5, Ronald L. Castleberry, J., entered December 12, 2005. *Affirmed* by unpublished opinion per Baker, J., concurred in by Schindler, A.C.J., and Ellington, J.

[No. 57564-3-I.   Division One.   April 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN SAMUEL LARKINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-10052-1, Julie Spector, J., entered December 12, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57666-6-I.   Division One.   April 23, 2007.]

THE CITY OF BRIER, *Appellant*, v. WILLIAM THOMAS STEELE, *as Personal Representative and Heir, Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-09516-6, Linda C. Krese, J., entered December 16, 2005. *Affirmed* by unpublished opinion per Appelwick, C.J., concurred in by Grosse and Ellington, JJ.

[No. 57673-9-I.   Division One.   April 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RIGOBERTO GARCIA-LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-06386-4, Douglas D. McBroom, J., entered January 20, 2006. *Affirmed* by unpublished per curiam opinion.